IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              No. 4:12-cr-327-DPM

CHRISTOPHER J. WARD                                              DEFENDANT

## ORDER

**1.** Ward's second motion to end his supervision early, *Doc. 41*, is denied. The Court further commends Ward on his good progress, including becoming a Certified Public Accountant and continuing his work with Berry & Associates. But the seriousness of the underlying offense calls for continued supervision. 18 U.S.C. § 3583(e)(1).

**2.** The Court gives Ward blanket permission to leave the Eastern District of Arkansas on work-related travel. Ward must report all such trips to his probation officer either before or after the travel.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 October 2020